# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO.  21-CR-10021-ADB |
| | ) | |
| BRIAN CARDOSO | ) | |

## MOTION TO CONTINUE REVOCATION HEARING

The United States Attorney respectfully moves that the supervised release revocation hearing, presently set for April 24, 2025, be continued to a later date.  As grounds for this request, a federal complaint charging Defendant with conspiracy to kidnap was issued in the late afternoon of April 22, 2025.  [*see* Case No. 25mj7212-JCB]. This complaint, and its surrounding events, are the basis for pending supervised release revocation.  Given this fact, the underlying case should be resolved prior to the supervised release revocation.

Given the timing of the new federal complaint, counsel for Defendant will not have the ability to meet with Defendant concerning the new complaint and the revocation proceeding before April 24, 2025.

Respectfully submitted,

LEAH B. FOLEY
UNITED STATES ATTORNEY

*/s/ Michael Crowley*
Michael Crowley
Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 24, 2024.

*<u>/s/ Michael Crowley</u>*
Michael Crowley